

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX)**, LLC,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

Appellee's brief was due on November 16, 2018. Before the brief's twice-extended due date, the parties filed a joint motion to abate this appeal until November 30, 2018, to give them time to participate in settlement discussions.

The parties' joint motion to abate this appeal is GRANTED. We ABATE this appeal until November 30, 2018.

We ORDER Appellant to file in this court not later than November 30, 2018, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellee's brief will be due on December 10, 2018.

All other appellate deadlines are SUSPENDED pending further order of this court.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court